### THE STATE *vs.* FLEETWOOD.

1. An indictment under section 43 of article 8 of the act of 1845, concerning "*Crimes and Punishments*," which substantially pursues the words of the statute, is sufficient. Matter of aggravation in a count will not vitiate it.
2. A count which charges that the defendant ran a horse upon the highway, &c., "so as to interrupt travelers," instead of "so as to interrupt travelers thereon," is bad.

*Appeal from Ozark Circuit Court.*

*Gardenhire*, attorney general, for the State.

RYLAND, Judge, delivered the opinion of the court.

The defendant was indicted by the grand jury of Ozark county, at the October term, 1851, of the Circuit Court for that county, for a violation of the forty-third section of article eighth of the criminal code. He appeared to the indictment and moved the court to quash the same, which motion is as follows :

The defendant moves the court to quash the indictment in this cause, for the following reasons : *First,* because there is a misjoinder of offences ; *second,* there is a want of venue in each count of said indictment ; *third,* the court will quash the first, second and fourth counts, because they are double, and venue is not definitively laid, and the third for want of venue.

The court sustained the motion, and quashed the indictment. The circuit attorney excepted to the decision of the court, and brings the case here by appeal.

State *v.* Fleetwood.

The indictment is as follows:

"The grand jurors for the State of Missouri, empanneled, sworn and charged to enquire in and for the county of Ozark, in the State of Missouri, upon their oath present, that Isaac Fleetwood, jr., late of the county of Ozark, in the State of Missouri, on the nineteenth day of September, in the year of our Lord eighteen hundred and fifty-one, with force and arms, at Ozark county, aforesaid, then and there did run upon a public road, in common use, in the county of Ozark, and State of Missouri, a horse, so as to interrupt travelers, and did then and there run said horse at and against one Elvira Martin, then and there being, thereby greatly hurting and interrupting the said Elvira Martin, then and there being, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state.

"And the grand jurors aforesaid, upon their oath aforesaid, do further present that Isaac Fleetwood, jr., late of the county of Ozark, aforesaid, with force and arms, at Ozark county, in the State of Missouri, on the nineteenth day of September, in the year of our Lord eighteen hundred and fifty-one, did then and there run upon a public road and highway, in common use in this state, a horse, so as to interrupt travelers thereon, and put to fright horses and other animals by them rode and driven, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state.

"And the grand jurors aforesaid, empanneled, sworn and charged as aforesaid, upon their oath as aforesaid, do further present that Isaac Fleetwood, jr., late of Ozark county, in the State of Missouri, aforesaid, with force and arms, at the said county of Ozark, on the nineteenth day of September, in the year of our Lord eighteen hundred and fifty-one, did then and there run upon a public highway, in common use in Ozark county, in the State of Missouri, a horse, so as to interrupt travelers thereon, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state.

"And the grand jurors aforesaid, empannelled, sworn and charged as aforesaid, upon their oath aforesaid, do further present, that Isaac Fleetwood, jr., late of Ozark county, in the State of Missouri, with force and arms, at Ozark county, aforesaid, on the nineteenth day of September, A. D. eighteen hundred and fifty-one, did then and there run upon a public road and highway, in common use in the county of Ozark and State of Missouri, a horse, so as to interrupt travelers thereon, by means of which said running the horse as aforesaid, he, the said Fleetwood, then and there greatly interrupted and injured one Elvira Martin, then and there being, and other wrongs to the said Elvira Martin then and there did, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state."

By reference to the statute aforesaid, it will be seen "that if any person shall run or cause to be run upon any public road or highway, in common use, in this state, any horse or horses, so as to interrupt travelers thereon, or put to fright the horses," &c.

1. In this case, the indictment substantially pursues the words of the statute in describing the offence. The aggravation of running against the lady therein mentioned, does not vitiate it.

2. The three last counts we consider good, but the first count is insufficient. It neglects to aver that the running was done so as to interrupt travelers thereon. In this view of the law, the Circuit Court erred in quashing the indictment.

The other Judges concurring, the judgment of the court below is reversed, and the cause remanded.